<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

---

**No. 12-7365**

---

ANTHONY WILLIAMS,

        Plaintiff – Appellant,

    v.

UNITED STATES OF AMERICA, Formally sued as Rodney Blacknall
ATF Agent; Alcohol, Tobacco, Firearms, and Explosives
Bureau,

        Defendant - Appellee.

---

**No. 12-7381**

---

ANTHONY WILLIAMS,

        Plaintiff – Appellant,

    v.

OFFICER BRIGGS, Officer, CMPD, sued individually and in
their official capacity; ROBERT J. WISE, Officer, CMPD,
sued individually and in their official capacity; CHIP R.
BUSKER, Sergeant, CMPD, sued individually and in their
official capacity; KYLE J. O'DELL, Officer, CMPD, sued
individually and in their official capacity; J. E.
HARTNESS, Officer, CMPD, sued individually and in their
official capacity,

        Defendants - Appellees.

ANTHONY WILLIAMS,

            Plaintiff – Appellant,

      v.

RICK F. HETZEL, SBI Agent, North Carolina State Bureau of
Investigation,

            Defendant - Appellee.

Appeals from the United States District Court for the Western
District of North Carolina, at Charlotte.   Robert J. Conrad,
Jr., Chief District Judge.   (3:11-cv-00594-RJC; 3:12-cv-00097-
RJC; 3:11-cv-00443-RJC)

Submitted:  December 13, 2012      Decided:  December 20, 2012

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Anthony Williams, Appellant Pro Se. Paul Bradford Taylor, OFFICE
OF THE UNITED STATES ATTORNEY, Asheville, North Carolina;
Richard Rustin Perlungher, CHARLOTTE-MECKLENBURG POLICE
DEPARTMENT, Charlotte, North Carolina; Angel Evon Gray, Jennifer
Joy Strickland, Assistant Attorneys General, Raleigh, North
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Williams appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2006) complaints related to his 2002 arrest and 2003 conviction and denying his motions for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Williams v. United States, No. 3:11-cv-00594-RJC (W.D.N.C. June 11, 2012); Williams v. Briggs, No. 3:12-cv-00097-RJC (W.D.N.C. May 31 & Aug. 6, 2012); Williams v. Hetzel, No. 3:11-cv-00443-RJC (W.D.N.C. July 3 & Aug. 6, 2012). We grant Williams' motion to substitute brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED